UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ETHAN ALLEN SUDUL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.** |
| | * | |
| **OCEANEERING INTERNATIONAL INC.** | * | **SECTION:** |
| | * | |
| | * | **JURY DEMAND** |

\*   \*   \*   \*   \*   \*   \*

## COMPLAINT

Complainant, **ETHAN ALLEN SUDUL**, a person of the full age of majority, through undersigned counsel, brings this action against **OCEANEERING INTERNATIONAL INC.**, and avers:

### JURISDICTION AND PARTIES

**I.**

Jurisdiction of this Honorable Court is based on the Jones Act, (46 U.S.C. § 30104, *et. seq.*), and under the general maritime law for general maritime negligence and unseaworthiness and for maintenance and cure. Venue is proper in accordance with 28 U.S.C. § 1391(b)(1).

**II.**

Parties named herein are as follows:

1. Named Complainant herein is:

   **ETHAN ALLEN SUDUL**, a person of the full age of majority;

1

2.     Named Respondent herein is:

**OCEANEERING INTERNATIONAL INC.**, a corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court.

**III.**

At all times pertinent herein **OCEANEERING INTERNATIONAL INC.** was the operator of the **DIVER SUPPORT VESSEL OCEAN PATRIOT** (herein after "**DSV OCEAN PATRIOT**") a vessel in the navigable waters off the coast of Louisiana.

**FACTS**

**IV.**

On or about February 3, 2016, and at all times pertinent herein, Complainant, **ETHAN ALLEN SUDUL**, was employed by Respondent, **OCEANEERING INTERNATIONAL INC.,** as a seaman, commercial diver and member of the crew of the **DSV OCEAN PATRIOT**, a vessel manned, provisioned and controlled by Respondent, **OCEANEERING INTERNATIONAL INC.,** as the vessel was conducting operations in the Gulf of Mexico.

**V.**

In connection with his assignment aboard the **DSV OCEAN PATRIOT** Complainant **ETHAN ALLEN SUDUL** sustained hyperbaric injury including but not limited to central nervous system decompression illness and/or barotrauma while working as a saturation diver aboard the **DSV OCEAN PATRIOT**.

**VI.**

As a result of the hyperbaric injuries **ETHAN ALLEN SUDUL** suffered central nervous system damage as well as psychological damages, severe emotional trauma, loss of future life pleasures, and permanent impairment.

**VII.**

At all relevant times the diving operations conducted aboard the **DSV OCEAN PATRIOT** were under the direct control of **OCEANEERING INTERNATIONAL INC.**

**CAUSES OF ACTION**

**JONES ACT**

**VIII.**

Complainant's damages were the proximate and direct result of the negligent acts or omissions of the Respondent, **OCEANEERING INTERNATIONAL INC.,** in its operation, implementation and planning of the tasks at hand and in the maintenance and operation of the vessel involved in the project, Complainant's working conditions and in the supervision of and planning and direction of the work of the vessel's crews; additionally, and more specifically, **OCEANEERING INTERNATIONAL INC.** was negligent in failing to:

1. Properly equip, man, provision, maintain and operate the vessel under its control and appurtenances and equipment;

2. Properly and reasonably select and implement an overall plan to complete the tasks at hand in a safe and non-hazardous manner;

3. Provide Complainant with a safe and non-hazardous workplace;

4. Properly plan and implement the project;

5. Properly decompress and/or treat Complainant.

## IX.

As a direct result of the negligence aforementioned in Paragraph VIII, Complainant, **ETHAN ALLEN SUDUL** has, in addition to the aforementioned damages, sustained a disability, incurred and will continue to incur in the future, pain and suffering, loss of wages, found, fringe benefits, earning capacity and has incurred and will incur in the future, medical expenses and other financial losses, for which he is entitled to recover from **OCEANEERING INTERNATIONAL INC.**

## GENERAL MARITIME LAW

## UNSEAWORTHINESS and NEGLIGENCE

## X.

At all times pertinent hereto, Respondent, **OCEANEERING INTERNATIONAL INC.**, owned, controlled, operated, provisioned and manned the **DSV OCEAN PATRIOT** upon which **ETHAN ALLEN SUDUL** was assigned.

## XI.

Under the General Maritime Law, it was the duty of Respondent, **OCEANEERING INTERNATIONAL INC.,** to furnish Complainant, **ETHAN ALLEN SUDUL**, with a safe place in which to work and with safe gear, appurtenances, equipment, a properly manned and maintained vessel and to conduct operations aboard the vessel in a safe and proper manner; in connection with Complainant's injuries and disability, **OCEANEERING INTERNATIONAL INC.**, was negligent in the operation, manning, maintenance and

provisioning of the **DSV OCEAN PATRIOT** and its operations on or about February 3, 2016 and thereafter.

### XII.

Complainant avers that through the actions and/or inactions of **OCEANEERING INTERNATIONAL INC.**, that the **DSV OCEAN PATRIOT** on which Complainant was assigned was rendered unseaworthy on or about February 3, 2016.

### XIII.

The injuries, disabilities and damages sustained by Complainant in the aforementioned paragraphs of this Complaint were caused by the unseaworthy condition of the **DSV OCEAN PATRIOT** on which Complainant was assigned during his employment for **OCEANEERING INTERNATIONAL INC.** and by the negligence of **OCEANEERING INTERNATIONAL INC.** in the manning, maintenance, provision, control, equipping and operation of said vessel and operations on or about February 3, 2016.

### DAMAGES

### XIV.

The injuries sustained by Complainant have resulted in the loss of earning capacity, physical pain and mental anguish and other damages, both past and future, all of which will be shown at the trial of this matter.

### JURY TRIAL

### XV.

Complainant, **ETHAN ALLEN SUDUL**, desires and is entitled to a trial by jury on

the issues sued upon herein.

**WHEREFORE,**

1. Complainant, **ETHAN ALLEN SUDUL** prays for judgment against Respondent, **OCEANEERING INTERNATIONAL INC.** in an amount as may be proper in the premises, and for all costs and disbursements in this action, and for all general and equitable relief;

2. Complainant, **ETHAN ALLEN SUDUL**, further prays for trial by jury.

Respectfully submitted,

**DELISE & HALL**

__s/Bobby J. Delise__
**BOBBY J. DELISE T.A. (#4847)**
7924 Maple Street
New Orleans, LA  70118
Telephone: (504) 836-8000
Telecopier: (504) 836-8020
bdelise@divelawyer.com

- AND -

**ALTON J. HALL, JR. (#20846)**
528 W. 21st Avenue
Covington, LA 70433
Telephone: (985) 249-5915
Telecopier: (985) 809-5787
ahall@dahlaw.com

**Counsel for Complainant,
ETHAN ALLEN SUDUL**

**WAIVE SERVICE AT THIS TIME FOR:**

**OCEANEERING INTERNATIONAL INC.**